# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

LINDY C. HAWTHORNE,           :

    Plaintiff,                :

vs.                           :        CA 07-0780-C

MICHAEL J. ASTRUE,            :
Commissioner of Social Security,
                              :

    Defendant.

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner receive as an attorney's fee for services rendered in this Court the sum of $14,190.75 pursuant to 42 U.S.C. § 406(b). Upon receipt of this award, petitioner is to refund to plaintiff the smaller EAJA attorney-fee award paid in this case (i.e., $3,195.61).

    **DONE** this the 15th day of May, 2009.

                        s/WILLIAM E. CASSADY
                 **UNITED STATES MAGISTRATE JUDGE**